**Order entered August 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01355-CR

### L.D. MILLER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F11-27250-Y

## ORDER

The reporter's record was originally due in this appeal on December 7, 2014. This Court has granted court reporter Sharon Hazlewood a thirty-day extension of time to file the record. On June 9, 2015, the Court ordered court reporters Melva Key and Sharon Hazlewood to file the reporter's record by July 15, 2015. On July 15, 2015, Ms. Key filed the portions of the record she had recorded. She also filed a letter stating that Volume 2, which contains voir dire, was not being filed because Ms. Hazlewood had not provided her that volume to include with the record. To date, Ms. Hazlewood has neither filed Volume 2 containing voir dire nor communicated with the Court regarding the status of that record. The appeal cannot proceed until the reporter's record is complete.

Accordingly, we **ORDER** Sharon Hazlewood, former official court reporter of the Criminal District Court No. 7, to file, by **AUGUST 20, 2015**, the reporter's record of the April 14, 2014 pretrial hearing.

**FAILURE OF SHARON HAZLEWOOD, FORMER OFFICIAL COURT REPORTER OF THE CRIMINAL DISTRICT COURT NO. 7, TO FILE THE SUPPLEMENTAL RECORD OF THE APRIL 14, 2014 PRETRIAL HEARING BY THE DATE HEREIN SET FORTH MAY RESULT IN THE ISSUANCE OF A SHOW CAUSE ORDER AND/OR A JUDGMENT OF CIVIL AND CRIMINAL CONTEMPT.**

We **DIRECT** the Clerk to send copies of this order to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, former official court reporter, Criminal District Court No. 7; Vearneas Faggett, official court reporter, Criminal District Court No. 7; the Texas Court Reporter's Certification Board; and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE